MARTIN L. FINEMAN (Bar No. 104413)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery St., Ste 800
San Francisco, CA 94111-6533
Telephone: (415) 276-6500
Facsimile: (415) 276-6599
E-Mail: martinfineman@dwt.com

Attorneys for Plaintiff
T-MOBILE WEST CORPORATION


JENNIFER MCGRATH, City Attorney (Bar No. CA 179917)
SCOTT F. FIELD, Asst. City Attorney (Bar No. CA 105709)
Box 190, 2000 Main Street
Huntington Beach, California 92648
Telephone: (714) 536-5555
Facsimile: (714) 374-1590
E-Mail: sfield@surfcity-hb.org

Attorneys for Defendants
City of Huntington Beach and
City Council of the City of Huntington Beach

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| T-MOBILE WEST CORPORATION, a Delaware corporation,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>CITY OF HUNTINGTON BEACH, a public entity organized and existing under the laws of the State of California; CITY COUNCIL OF THE CITY OF HUNTINGTON BEACH,<br><br>　　　　　Defendants. | Case No. **CV 10-1471-RGK**<br><br>**[PROPOSED] ORDER DISMISSING ENTIRE ACTION**<br><br>Honorable R. Gary Klausner<br><br>Complaint Filed September 29, 2010 |

# [PROPOSED] ORDER

Plaintiff T-Mobile West Corporation and Defendants City of Huntington Beach and City Council of the City of Huntington Beach, by and through their counsel of record, have stipulated, pursuant to Federal Rule of Civil Procedure 41(a)(1), that the entire action is dismissed without prejudice, each party to bear its own costs and expenses in connection with this action, and with the Court retaining jurisdiction to enter a protective order regarding documents and information produced during discovery in the action.

The parties having so stipulated, and good cause appearing, IT IS SO ORDERED.

Dated: January 25, 2012

The Honorable R. Gary Klausner
United States District Judge